**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50574 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-03409-DMS |
| v. | |
| GEORGE GONZALEZ CRUZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Dana M. Sabraw, District Judge, Presiding

Submitted October 25, 2011[**]

Before:    TROTT, GOULD, and RAWLINSON, Circuit Judges.

George Gonzalez Cruz appeals from the 10-year sentence imposed following

his guilty-plea conviction for conspiracy to distribute methamphetamine, in

violation of 21 U.S.C. §§ 846 and 841(a)(1).  We have jurisdiction under 28 U.S.C.

§ 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Gonzalez Cruz contends that the district court erred by denying him relief under the safety valve provision of 18 U.S.C. § 3553(f) and U.S.S.G. § 5C1.2. However, Gonzalez Cruz was not entitled to safety valve relief because he failed to name his supplier. *See* 18 U.S.C. § 3553(f)(5); *United States v. Thompson*, 81 F.3d 877, 878-80 (9th Cir. 1996). Therefore, the district court correctly sentenced him to the statutory mandatory minimum sentence. *See Thompson*, 81 F.3d at 880.

**AFFIRMED.**